# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE: Caribbean Petroleum Corp., et al.
_____

| | | |
|---|---|---|
| Intertek USA Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 13-732 |
| | : | |
| FTI Consulting Inc., | : | Bankruptcy Case No. 10-12553 KG |
| | : | Adv. No. 12-51001 KG |
| Appellee. | : | AP No. 13-34 |
| _____ | : | |
| Intertek USA Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 13-733 |
| | : | |
| FTI Consulting Inc., | : | Bankruptcy Case No. 10-12553 KG |
| | : | Adv. No. 12-51001 KG |
| Appellee. | : | AP No. 13-36 |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **16th** day of **May, 2013**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court performed an initial review based on information from counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor

warrant the expense of the process. Further, the parties recently mediated the matters without success using the services of an outside mediator.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. In light of the parties' position on mediation, it does not appear objections will be filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE